CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Angel Miguel Garcia**<br>DOB: 2006; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01302MJ |

| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 30, 2025, in the District of Arizona, **Angel Miguel Garcia**, knowing and in reckless disregard of the fact that certain illegal aliens, including Julian Resendiz-Castillo, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 30, 2025, in the District of Arizona (Sonoita), at approximately 5:10 p.m., Border Patrol agents (BPAs) stopped a white GMC Yukon on State Route (SR) 82 on suspicion of smuggling after it was observed traveling in tandem with a black Toyota Corolla. The Yukon had prevented a BPA in a marked BP vehicle from positioning his vehicle behind the Corolla. During the stop, agents did not observe contraband or aliens in the Yukon and radioed to other agents in the field their observations about the tandem driving and the direction of travel for the Corolla. At approximately 5:20 p.m., BPAs traveling behind a large passenger bus eastbound on SR-82, observed that a black Toyota Corolla was in front of the bus. The Corolla was travelling well below the posted speed limit - 40 miles per hour (mph) in a 65 mph zone. BPAs also observed the Corolla veering over the middle of the highway leading them to infer that the driver was looking to see who was behind him. It appeared the Corolla was attempting to limit the space behind it to prevent law enforcement from getting behind the vehicle and running the license plate. As BPAs attempted to pass the bus, the Corolla increased its speed and continued swaying in its lane. Records checks indicated the Corolla was registered out of Phoenix. BPAs initiated a vehicle stop and the Corolla yielded. As BPAs approached the driver's side of the vehicle they noticed a single occupant – the male driver, **Angel Miguel Garcia**. BPAs asked **Garcia** where he was coming from, and he replied that he was coming from work and that he worked for "Pueblo". BPAs observed a backpack on the front passenger seat and did not see anything in the rear seat. BPAs asked **Garcia** for consent to look in the trunk of the vehicle. **Garcia** claimed the trunk did not open because it had been in an accident and the trunk was not functioning. BPAs observed the Corolla was a 2025 model and showed no signs of bodywork or damage. BPAs asked **Garcia** if the rear seats could be folded down and he claimed those were broken as well. **Garcia** provided his driver's license and while a BPA went to run records checks on his license, Huachuca City Police Department (HCPD) officers arrived to assist. During conversation with BPAs and HCPD officers, **Garcia** made several inconsistent statements about his purpose for travel. BPAs requested a canine unit, which was responding to the scene. While waiting, **Garcia** was asked if he could demonstrate how the trunk was not able to open using the key fob. **Garcia** made several attempts to open the trunk with the key fob and then it opened, and agents observed an individual, later identified as Julian Resendiz-Castillo, laying in the trunk. **Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Julian Resendiz-Castillo |
|---|

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Taylor Garrett<br>Border Patrol Agent |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>October 31, 2025 |

¹⁾ See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

25-01302MJ

**Continued from front page.**

BPAs conducted an immigration inspection and determined Resendiz-Castillo was a Mexican citizen illegally present in the United States. A records check further revealed Resendiz-Castillo does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material Witness Julian Resendiz-Castillo is a Mexican citizen, and he arranged to be smuggled into the United States. Resendiz-Castillo stated he had already paid $1,500 and he was expected to pay an addition fee of $15,000 once he arrived in Phoenix. Resendiz-Castillo stated he illegally crossed into the United States by jumping over the International Boundary Fence (IBF) in Nogales. He stated that it took him approximately two minutes to identify the stationary black vehicle that was a black Toyota Corolla. He stated that he was instructed by an unidentified person to get in the trunk. The driver, **Miguel Angel Garcia**, closed the interior compartment behind him. He was in the vehicle for approximately one hour and a half before he was arrested. Resdendiz-Castillo identified **Miguel Angel Garcia** as the driver of the vehicle is a six-pack of photographs.